**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re:<br><br>JADE PRESENTS, LLC,<br><br>Debtor. | Case No. 26-30438<br>Chapter 11 |
| In re:<br><br>TICKETS300, LLC,<br><br>Debtor. | Case No. 26-30439<br>Chapter 11<br><br>Jointly Administered |
| JADE PRESENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>UNIQUE FUNDING SOLUTIONS, LLC, a/k/a BLUEBRIDGE FUNDING a/k/a SCG FUNDING a/k/a VITAL CAP FUNDING a/k/a TVT a/k/a FUNDKITE,<br><br>Defendant. | Adv. Pro. No. 26-07019 |

# MOTION TO ADMIT SHANNA M. KAMINSKI TO PRO HAC VICE AS COUNSEL FOR UNIQUE FUNDING SOLUTIONS LLC

**State of Residence:_** Michigan

**Office Address:** P.O. Box 247, Grass Lake, Michigan 49240

**Telephone Number:** (248) 462-7111

**Email Address:_** skaminski@kaminskilawpllc.com

**Bar Admissions:** United States Supreme Court, United States District Court for the Eastern District of Michigan, United States District Court for the Western District of Michigan, United States District Court for the District of Colorado, United States District Court for the Eastern District of Arkansas, United States District Court for the Western District of Arkansas, United States

District Court for the Northern District of Illinois, United States District Court for the Southern District of Illinois, United States District Court for the Northern District of Indiana, Untied States District Court for the Southern District of Indiana, United States District Court for the District of Maryland, United States District Court for the Northern District of New York, United States District Court for the Northern District of Texas, United States District Court for the Western District of Texas, United States District Court for the Western District of Wisconsin, United States District Court for the Central District of Illinois, State of Michigan, and State of New York.

**Legal Training:** Valparaiso University School of Law

**Prior Disciplinary Actions:** I am a member of good standing of the State Bar of Michigan, and the State of New York, and no disciplinary actions been filed against me or are currently pending against me in any court I am admitted to practice in.

I will comply with the Local Rules of the United States Bankruptcy Court for the District of North Dakota, will adhere to the North Dakota Rules of Professional Conduct in matters of discipline, and will submit to the jurisdiction of the Court in matters of discipline. The filing of this motion constitutes consent to the disciplinary jurisdiction of this Court pursuant to D.N.D. Bankr. L.R. 9010-2(B). The required $150.00 admission fee has been paid contemporaneously with the filing of this motion.

Under penalties of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

Dated: October 13, 2026

Respectfully Submitted,

KAMINSKI LAW, PLLC

*/s/ Shanna M. Kaminski*___

Shanna M. Kaminski
P.O. Box 247
Grass Lake, Michigan 49240
(248) 462-7111
skaminski@kaminskilawpllc.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re:<br><br>JADE PRESENTS, LLC,<br><br>Debtor. | Case No. 26-30438<br>Chapter 11 |
| In re:<br><br>TICKETS300, LLC,<br><br>Debtor. | Case No. 26-30439<br>Chapter 11<br><br>Jointly Administered |
| JADE PRESENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>UNIQUE FUNDING SOLUTIONS, LLC, a/k/a BLUEBRIDGE FUNDING a/k/a SCG FUNDING a/k/a VITAL CAP FUNDING a/k/a TVT a/k/a FUNDKITE,<br><br>Defendant. | Adv. Pro. No. 26-07019 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 13, 2026, a true and correct copy a true the foregoing Motion to Admit Shanna M. Kaminski Pro Hac Vice as Counsel for Unique Funding Solutions LLC, via the CM/ECF system, which sent a notice of electronic filing to all interested parties receiving service electronically through the CM/ECF system as reflected on the attached Notice of Electronic Filing.

Dated: October 13, 2026

Respectfully Submitted,

KAMINSKI LAW, PLLC

*/s/ Shanna M. Kaminski*___
Shanna M. Kaminski
P.O. Box 247
Grass Lake, Michigan 49240
(248) 462-7111
skaminski@kaminskilawpllc.com