**From:** USBankruptcyCourts@noticingcenter.com
**To:** NDBml-BNC Admins
**Subject:** U.S. Bankruptcy Court, District of North Dakota - Returned Mail Notice, In re: , Case Number: 26-07019, skh, Ref: [p-263723296]
**Date:** Friday, October 30, 2026 6:13:22 PM
**Attachments:** R_P32607019pdf2some0021.PDF

---

**CAUTION - EXTERNAL:**

Notice of Returned Mail to Court - Adversary Proceeding

October 30, 2026

From: The Bankruptcy Noticing Center

Re: Returned Mail Notice - Adversary Proceeding

In re: Jade Presents, LLC, Plaintiff
Unique Funding Solutions LLC, Defendant
Adv. Proc. No. 26-07019 skh

The attached document was mailed to the notice recipient(s) listed below via the U.S. Postal Service, and it was returned to the Bankruptcy Noticing Center as undeliverable. This notification is being sent for appropriate processing as your court may determine.

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

Unique Funding Solutions LLC
4600 SHERIDAN STREET
SUITE 301A
HOLLYWOOD, FL 33021-3409

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In Re:

Jade Presents, LLC,

Debtor.
_______________________________________/

Bankruptcy Case No. 26-30438
Chapter 11

In Re:

Tickets300, LLC,

Debtor.
_______________________________________/

Bankruptcy Case No. 26-30439
Chapter 11 (Jointly Administered)

Jade Presents, LLC,

Plaintiff,

v.

Unique Funding Solutions LLC,
aka Bluebridge Funding,
aka SCG Funding,
aka Fundkite,
aka Vital Cap Funding,
aka TVT,

Defendant.
_______________________________________/

Adversary Case No. 26-7019

**CLERK'S ENTRY OF DEFAULT**

Defendant Unique Funding Solutions LLC failed to appear or otherwise defend against Plaintiff's Complaint as required by law. Pursuant to Rule 7055 of the Federal Rules of Bankruptcy Procedure, Defendant Unique Funding Solutions LLC is in default.

Plaintiff may seek the entry of default judgment against Defendant Unique Funding Solutions LLC by filing a motion and serving notice as required by Rule 7055 of the Federal Rules of Bankruptcy Procedure and D.N.D. Bankr. L.R. 7007-1.

Sara E. Diaz
Clerk, U.S. Bankruptcy Court

Date issued: September 24, 2026

By: /s/ Shantel Jacobson
Shantel Jacobson